# EXHIBIT A



# Notice of Service of Process

**KN4 / ALL**
**Transmittal Number: 29463548**
**Date Processed: 07/09/2024**

| | |
|---|---|
| **Primary Contact:** | Christine DiDomizio<br>Jaguar Land Rover North America, LLC<br>100 Jaguar Land Rover Way<br>Mahwah, NJ 07495-1100 |
| **Electronic copy provided to:** | Ricardo Tapia<br>Ramsey Ong<br>Nadira Kirkland<br>Patricia Bradley<br>Agnes Wegiel<br>Timothy Fleming |

| | |
|---|---|
| **Entity:** | Jaguar Land Rover North America, LLC<br>Entity ID Number  3279821 |
| **Entity Served:** | Jaguar Land Rover North America, LLC |
| **Title of Action:** | Kirandeep Samra vs. Jaguar Land Rover North America, LLC, a Delaware Limited Liability Company |
| **Matter Name/ID:** | Kirandeep Samra vs. Jaguar Land Rover North America, LLC, a Delaware Limited Liability Company  (15961800) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Breach of Warranty |
| **Court/Agency:** | Fresno County Superior Court, CA |
| **Case/Reference No:** | 24CECG02802 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 07/09/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Romano Stancroff PC<br>310-477-7990 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware<br>Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>KIRANDEEP SAMRA and KARAMVEER SAMRA, | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br><br>E-FILED<br>7/8/2024<br>Superior Court of California<br>County of Fresno<br>By: M. Pivovaroff, Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*   Fresno County Superior Court | **CASE NUMBER:**<br>*(Número del Caso):*   **24CECG02802** |

1130 O Street
Fresno, CA  93721-2220

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Romano Stancroff PC, 360 N. Pacific Coast Hwy., Ste. 1010, El Segundo, CA 90245 (310) 477-7990

| DATE: 7/8/2024<br>*(Fecha)* | Clerk, by<br>*(Secretario)* _____ | M. Pivovaroff , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company

    under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
    ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
    ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
    ☑ other *(specify):* Corp. Code 17701.16, limited liability company
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100  [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Mark Romano Esq. (SBN 244113)<br>ROMANO STANCROFF PC 360 N. Pacific Coast Hwy.,Ste. 1010 El Segundo, CA 90245<br><br>TELEPHONE NO.: (310) 477-7990      FAX NO.: (310) 477-7995<br>EMAIL ADDRESS: e-service@thelemonlawattorneys.com<br>ATTORNEY FOR *(Name):* Kirandeep Samra and Karamveer Samra | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  FRESNO<br>STREET ADDRESS: 1130 O Street<br>MAILING ADDRESS: same as above<br>CITY AND ZIP CODE: Fresno, CA  93721-2220<br>BRANCH NAME: B.F. Sisk Courthouse | E-FILED<br>7/1/2024 8:00 AM<br>Superior Court of California<br>County of Fresno<br>By: M. Pivovaroff, Deputy |
| CASE NAME:<br>Kirandeep Samra and Karamveer Samra v. Jaguar Land Rover North America, LLC, et al | |

| CIVIL CASE COVER SHEET<br>[X] Unlimited     [ ] Limited<br>(Amount          (Amount<br>demanded       demanded is<br>exceeds $35,000)   $35,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>24CECG02802 |
|---|---|---|
| | | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [X] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | [ ] Enforcement of judgment (20) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Miscellaneous Civil Complaint** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Fraud (16) | [ ] Residential (32) | **Miscellaneous Civil Petition** |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Other petition *(not specified above)* (43) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 3
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 1, 2024

Mark Romano, Esq.
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1010
El Segundo, CA 90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
e-service@thelemonlawattorneys.com

Attorneys for Plaintiffs,
KIRANDEEP and KARAMVEER SAMRA

E-FILED
7/1/2024 8:00 AM
Superior Court of California
County of Fresno
By: M. Pivovaroff, Deputy

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF FRESNO

| | |
|---|---|
| **KIRANDEEP SAMRA**<br>**and KARAMVEER SAMRA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JAGUAR LAND ROVER NORTH**<br>**AMERICA, LLC, a Delaware Limited**<br>**Liability Company, and DOES 1 through 10,**<br>**inclusive,**<br><br>Defendants. | Case No.: 24CECG02802<br><br>**COMPLAINT**<br><br>**1. SONG-BEVERLY ACT**<br>**2. MAGNUSON-MOSS ACT**<br>**3. BREACH OF EXPRESS**<br>**WARRANTY**<br><br>*Assigned for All Purposes to the*<br>*Honorable*<br>Department |

Plaintiffs, KIRANDEEP SAMRA and KARAMVEER SAMRA, allege as follows against Defendants, JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10 inclusive, on information and belief, formed after an inquiry reasonable under the circumstances:

-1-
Complaint

## GENERAL ALLEGATIONS

1.    Plaintiffs are individuals residing in the City of Selma, County of Fresno, and State of California.

2.    Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC is and was a Delaware limited liability company registered to do business in the State of California with its registered office in the City of Sacramento, County of Sacramento, State of California.

3.    This cause of action arises out of the breach of warranty of the vehicle in question, which occurred in the City of Fresno, County of Fresno, State of California.

4.    Plaintiffs do not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise of Defendant issued herein as Does 1 through 10, inclusive, under the provisions of section 474 of the California Code of Civil Procedure. Defendants Does 1 through 10, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to Plaintiffs. Plaintiffs will seek leave to amend this Complaint to set forth the true names and capacities of the fictitiously named Defendants together with appropriate charging allegations when ascertained.

5.    All acts of corporate employees as alleged were authorized or ratified by an officer, director or managing agent of the corporate employer.

6.    Plaintiffs purchased a 2018 Land Rover Range Rover Velar, VIN: SALYB2RV2JA711467, ("the vehicle").

7.    Plaintiff received an express warranty from JAGUAR LAND ROVER NORTH AMERICA, LLC, through which JAGUAR LAND ROVER NORTH AMERICA, LLC undertook to preserve or maintain the utility or performance of Plaintiff's vehicle or provide compensation if there was a failure in such utility or performance. JAGUAR LAND ROVER NORTH AMERICA, LLC provides the same express warranty whether a vehicle is acquired through a cash sale, financed sale, or lease.

-2-
Complaint

8.     The vehicle was delivered to Plaintiffs with serious defects and nonconformities to warranty and developed other serious defects and nonconformities to warranty including, but not limited to, various engine, steering/suspension, and electrical defects.

<u>FIRST CAUSE OF ACTION</u>

(Violation of the Song-Beverly Consumer Warranty Act)

9.     Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and realleged.

10.     Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code section 1790 *et seq.*, the vehicle constitutes "consumer goods" or a "new motor vehicle" and Plaintiffs have used the vehicle primarily for those purposes.

11.     Plaintiffs are "buyers" of consumer goods under the Act.

12.     Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC is a "manufacturer" and/or "distributor" under the Act.

13.     Plaintiff received an implied warranty from JAGUAR LAND ROVER NORTH AMERICA, LLC that the vehicle was merchantable. Plaintiff was also received an implied warranty of fitness from defendant.

14.     The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period. The nonconformities substantially impair the use, value and/or safety of the vehicle.

15.     Plaintiffs delivered the vehicle to JAGUAR LAND ROVER NORTH AMERICA, LLC authorized repair facilities for repair of the nonconformities on numerous occasions.

16.     Defendants were unable to conform Plaintiffs' vehicle to the applicable express and implied warranties after a reasonable number of attempts.

17.     The defects and nonconformities rendered the vehicle unmerchantable.

18.     Notwithstanding Plaintiff's entitlement, Defendant manufacturer has failed to either promptly replace the new motor vehicle or promptly make restitution in accordance with the Song-Beverly Consumer Warranty Act.

-3-

Complaint

19.   By failure of Defendants to remedy the defects as alleged above, or to issue a refund or replacement, Defendants are in breach of their obligations under the Act.

20.   Plaintiffs are entitled to justifiably revoke acceptance of the vehicle under the Act.

21.   Under the Act, Plaintiffs are entitled to reimbursement of the purchase price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to discovery of the nonconformities.

22.   Plaintiffs are entitled to all incidental, consequential and general damages resulting from Defendants' failure to comply with their obligations under the Act.

23.   Plaintiffs are entitled under the Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action.

24.   Plaintiffs are entitled in addition to the amounts recovered, a civil penalty of up to two times the amount of actual damages in that JAGUAR LAND ROVER NORTH AMERICA, LLC has willfully failed to comply with its responsibilities under the Act.

SECOND CAUSE OF ACTION

(Violation of the Federal Magnuson-Moss Warranty Act - Against All Defendants)

25.   Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and realleged.

26.   Plaintiffs are "consumers" as defined in the Magnuson-Moss Warranty Act (referred to as "Mag-Moss"), 15 U.S.C. § 2301(3).

27.   Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC is a "supplier" and "warrantor" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(4), 15 U.S.C. § 2301(5).

28.   The vehicle is a "consumer product" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(1).

29.   In addition to the written warranty from JAGUAR LAND ROVER NORTH AMERICA, LLC, an implied warranty of merchantability was created under California law.  The

-4-
Complaint

1   vehicle's implied warranties were not disclaimed using a Buyer's Guide displayed on the

2   vehicle; thus any purported disclaimers were ineffective pursuant to 15 U.S.C. § 2308(c).

3       30.   Defendants violated the Mag-Moss Act when they breached the express warranty and

4   implied warranties by failing to repair the defects and nonconformities, or to replace or

5   repurchase the vehicle.

6       31.   Plaintiff performed all terms, conditions, covenants, promises and obligations required

7   to be performed on Plaintiff's part under the terms of the express warranty and implied warranty

8   except for those terms and conditions, covenants, promises and obligations or payments for

9   which performance and/or compliance has been excused by the acts and/or conduct of the

10  Defendant and/or by operation of law.

11      32.   As a direct and proximate result of the acts and omissions of the Defendants, Plaintiffs

12  have been damaged in the form of general, special and actual damages in an amount within the

13  jurisdiction of this Court, according to proof at trial.

14      33.   Under the Act, Plaintiffs are entitled to rescission of the contract, reimbursement of the

15  purchase price paid for the vehicle.

16      34.   Plaintiffs are entitled to all incidental, consequential and general damages resulting

17  from Defendants' failure to comply with their obligations under the Mag-Moss Act.

18      35.   Plaintiffs are entitled under the Mag-Moss Act to recover as part of the judgment a sum

19  equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably

20  incurred in connection with the commencement and prosecution of this action pursuant to 15

21  U.S.C. § 2310(d)(2).

22                  <u>THIRD CAUSE OF ACTION</u>

23    (Breach of Express Warranty under the California Commercial Code - Against All Defendants)

24      36.   Plaintiffs incorporate herein by reference each and every allegation contained in the

25  preceding and succeeding paragraphs as though herein fully restated and realleged.

26      37.   Plaintiffs are buyers under Cal. Com. Code § 2103(1)(a).

27      38.   Defendant is a merchant with respect to motor vehicles under Cal. Com. Code §

28

-5-

Complaint

1  2104(1) and is a seller of motor vehicles under § 2103(1)(d).

2      39.   The 2018 car is a good under Cal. Com Code § 2105.

3      40.   The warranty given to Plaintiffs by defendant covering the 2018 car is an express

4  warranty under Cal. Com. Code § 2313.

5      41.   Plaintiffs delivered the vehicle to defendant's authorized repair facilities for repair

6  under the warranties provided by defendant and otherwise gave defendant notice of the defects

7  with the vehicle.

8      42.   Defendant failed to repair the vehicle as required by the warranty.

9      43.   Because defendant failed to repair the vehicle within a reasonable number of attempts,

10  the express warranty failed of its essential purpose as provided by Cal. Com. Code § 2719(2).

11      44.   As a direct result of defendant's breach of warranty, Plaintiffs suffered damages.

12      45.   The failure of the vehicle to function as represented and warranted was a substantial

13  factor in causing Plaintiffs' harm.

14      46.   The above-described actions (failure to repair and/or properly repair the above-

15  mentioned defects, etc.), including failure to honor the warranty, constitute a breach of warranty

16  by defendant actionable under the California Commercial Code.

17

18  WHEREFORE, Plaintiffs pray for judgment against Defendants, as follows:

19      1.   For general, special and actual damages according to proof at trial;

20      2.   For rescission of the purchase contract and restitution of all monies expended;

21      3.   For diminution in value;

22      4.   For incidental and consequential damages according to proof at trial;

23      5.   For civil penalty in the amount of two times Plaintiffs' actual damages;

24      6.   For prejudgment interest at the legal rate;

25      7.   For reasonable attorney's fees and costs of suit; and

26      8.   For such other and further relief as the Court deems just and proper under the

27          circumstances.

28

-6-
Complaint

ROMANO STANCROFF PC

Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
Attorneys for Plaintiffs
KIRANDEEP and KARAMVEER SAMRA

Dated:        7/1/24

-7-
Complaint