UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANDEEP SAMRA, et al.,<br>Plaintiffs,<br>v.<br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br>Defendant. | Case No. 1:24-cv-00923-KES-FJS<br>ORDER REQUIRING PLAINTIFFS TO FILE DISPOSITIONAL DOCUMENTS<br>(ECF No. 20) |

On September 1, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached and that dispositional documents will be filed no later than one hundred and twenty (120) days from the date of this notice. (ECF No. 20.) The parties did not show good cause for filing dispositional documents one hundred and twenty (120) days after this notice, as opposed to filing dispositional within twenty-one (21) days. L.R. 160(b). Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiffs shall file, or ensure the filing of, dispositional documents no later than September 22, 2026. Any request for an extension shall be supported by good cause.

IT IS SO ORDERED.

Dated: **September 4, 2026**

UNITED STATES MAGISTRATE JUDGE